UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

v.

DAVID COLON, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

20-cv-05075 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court, having reviewed all papers supporting Plaintiff's application for a default judgment (Docs. 25-30) and defendant Santos Dalmau's response thereto (Doc. 33), hereby DENIES such application without prejudice to renewal within thirty (30) days. The Court will not consider an application for a default judgment on a piecemeal basis. (*See* Doc. 30-1 ¶ 12 ("Plaintiff also requests that it be permitted 30 days to submit its request for full costs including reasonable attorney's fees, as permitted under 47 U.S.C. § 605, et seq.")).

SO ORDERED:

Dated: White Plains, New York
       October 18, 2021

                                                _____
                                                Philip M. Halpern
                                                United States District Judge