UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

-against-                                         20 **CIVIL** 5075 (PMH)

## **JUDGMENT**

DAVID COLON, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2022, Plaintiff G&G Closed Circuit Events, LLC, has judgment against Defendants in the amount of: (1) $5,000 in statutory damages with post-judgment interest as calculated under 28 U.S.C. 1961; (2) $1,316.88 in costs; and (3) $2,020.00 in attorney's fees; accordingly, the case is closed.

**Dated:** New York, New York

      April 11, 2022

                                                                **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                                **BY:**
                                                                 **Deputy Clerk**